# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERELLE JACKSON, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * |
| | *   Case No.  1:22-CV-3463-VMC |
| STORE MASTER FUNDING I, LLC, | * |
| | * |
| DEFENDANT. | * |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a), the parties hereto stipulate to the dismissal of this action, with prejudice, with the parties to bear their own costs and legal fees.

Respectfully submitted this the 19th day of September 2023.

| **MCCOLLISTER LAW, LLC** | **BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** |
|---|---|
| */s/ Julie McCollister* <br> Julie McCollister, Esq. <br> Georgia Bar No. 750726 <br> MCCOLLISTER LAW, LLC <br> P.O. Box 2525 <br> Blairsville, GA 30514 <br> jbmccollister@gmail.com <br> mccollisterlaw@gmail.com <br><br> *Counsel for Plaintiff* | */s/ Hannah E. Jarrells* <br> Hannah E. Jarrells <br> Georgia Bar No. 784478 <br> Jordana K. Oppenheim <br> Georgia Bar No. 825750 <br> 3414 Peachtree Road NE, Suite 1500 <br> Atlanta, GA 30326 <br> Phone: 404-577-6000 <br> Facsimile: 404-221-6501 <br> hjarrells@bakerdonelson.com <br> joppenheim@bakerdonelson.com |

Charles Grant*
BPR No. 017081
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Phone: 615-726-5767
cgrant@bakerdonelson.com
*Admitted pro hac vice

*Counsel for Defendant*

2

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C) and 7.1(D).

Respectfully submitted this the 19th day of September 2023.

/s/ Hannah E. Jarrells
Hannah E. Jarrells
GA Bar No. 784478

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record.

Respectfully submitted this the 19th day of September 2023.

/s/ Hannah E. Jarrells
Hannah E. Jarrells
GA Bar No. 784478

*Counsel for Defendant*